# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR106 |
| vs. | ) | ORDER |
| GLENDY JUAREZ LIMA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant to modify conditions of release (Filing No. 32). The motion is granted and defendant has permission to travel as set forth in the motion under such conditions as directed by her Pretrial Services officer.

**IT IS SO ORDERED.**

DATED this 16th day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge